No. 98–386. PERALES v. SUPREME COURT OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–392. WALKER ET AL. v. FIRST COMMERCIAL BANK, N. A. Sup. Ct. Ark. Certiorari denied.

No. 98–394. TAUBER ET AL. v. VIRGINIA EX REL. EARLEY, ATTORNEY GENERAL OF VIRGINIA, ET AL. Sup. Ct. Va. Certiorari denied.

No. 98–401. MITCHELL v. RICHARDS, CHIEF INSURANCE COMMISSIONER OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 98–402. GILDER v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 98–408. ALLISON ET UX. v. UNKNOWN HEIRS ET AL. Sup. Ct. Mont. Certiorari denied.

No. 98–415. SEACOAST MOTORS OF SALISBURY, INC. v. CHRYSLER CORP. C. A. 1st Cir. Certiorari denied.

No. 98–417. GARNER ET UX. v. CORPUS CHRISTI NATIONAL BANK. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 98–421. SCHULZ ET AL. v. NEW YORK STATE EXECUTIVE. Ct. App. N. Y. Certiorari denied.

No. 98–422. SNYDER v. GARB, JUDGE, COURT OF COMMON PLEAS, BUCKS COUNTY, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 98–425. SOLOMON v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 98–440. DONLON ET AL. v. CITY OF OXNARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–441. DELAP v. OREGON. Sup. Ct. Ore. Certiorari denied.